# UNITED STATES DISTRICT COURT
## Southern District of Texas
### Holding Session in McAllen

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br>**JUAN JOSE ORTIZ**<br>A/K/A Juan Jose Ortiz-Alvarado | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation** of Probation or Supervised Release)<br>(For Offenses Committed On or After November 1, 1987)<br>CASE NUMBER: **7:12CR01398-001**<br>USM NUMBER: 24944-016 |
| ☐ See Additional Aliases. | Yvonne M. Sanchez, AFPD<br>Defendant's Attorney |

**THE DEFENDANT:**

☒ admitted guilt to violation of condition(s)  Mandatory and Special  of the term of supervision.
☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | LAW VIOLATION: Being found in the U.S. after previous deportation. [8 U.S.C. § 1326(a) and 1326(b)] | 05/17/2012 |
| 2 | Illegal re-entry into the U.S. | 05/17/2012 |

☐ See Additional Violations.

The defendant is sentenced as provided in pages 2 through 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

| | |
|---|---|
| Defendant's Soc. Sec. No.: XXX-XX-NONE | December 10, 2012<br>Date of Imposition of Judgment |
| Defendant's Date of Birth: XX/XX/1983 | |
| Defendant's Residence Address:<br>Canton La Sintuya, Los Mangos<br>La Union, El Salvador | _____<br>Signature of Judge<br>**RANDY CRANE**<br>**UNITED STATES DISTRICT JUDGE**<br>Name and Title of Judge |
| Defendant's Mailing Address:<br>Canton La Sintuya, Los Mangos<br>La Union, El Salvador | _____<br>Date |

DEFENDANT: **JUAN JOSE ORTIZ**
CASE NUMBER: **7:12CR01398-001**

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of  147 days (time served).
The Court further orders that the imprisonment term imposed in the instant offense run concurrently with the imprisonment term that was imposed in Criminal Docket Number M-12-831-01.

☐ See Additional Imprisonment Terms.

☐ The court makes the following recommendations to the Bureau of Prisons:

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
   ☐ by _____  ☐ a.m.  ☐ p.m. on _____ .
   ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
   ☐ before 2 p.m. on _____ .
   ☐ as notified by the United States Marshal.
   ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____
_____
_____

Defendant delivered on _____ to _____
at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL